IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DONALD W. CARBARY,

   Petitioner,

v.             Case No. 5D16-837

STATE OF FLORIDA,

   Respondent.

_____/

Opinion filed May 13, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Donald W. Carbary, Crawfordville, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and Kaylee Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

  Donald Carbary's petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the order denying Carbary's motion for post-conviction relief rendered on April 24, 2015, in Case No. 2012-CF-00130, in the Circuit Court in and for Citrus County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

  PETITION GRANTED.

PALMER, WALLIS, EDWARDS, JJ., concur.